FILED
November 2, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:10-mj-319 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| RUTH JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Ruth Jimenez; Case  2:10-mj-319 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _\_\_   Release on Personal Recognizance

    _\_\_   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $100,000, co-signed by Octavio Zavala and Laura Galvan Zavala.

    _\_\_   Appearance Bond with 10% Deposit

    _\_\_   Appearance Bond secured by Real Property

    _\_\_   Corporate Surety Bail Bond

    _X_   (Other) Pretrial conditions/supervision;

Issued at  Sacramento, CA  on 11/2/2010  at  1:10 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge